IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN KEITH LAYTON,

        Petitioner,               No. CIV S-06-0609 GEB PAN P

   vs.

C.M. HARRISON, Warden, et al.,

        Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is challenging a conviction from Los Angeles County Superior Court. Los Angeles County is in an area embraced by the United States District Court for the Central District of California.

        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2  United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28
3  U.S.C. § 1406(a).
4  DATED:  March 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp;001
layt0609.108b

2